

# NUMBER 13-14-00086-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

SMITA CHAKRAVARTHY,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                       Appellee.

---

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

This cause is currently before the Court on appellant's second unopposed extension of time to file the brief. The clerk's record was filed on June 4, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant one extension of time of 51 days to

file the brief, and appellant now seeks an additional 120 days, until December 24, 2014, to file the brief.

The Court GRANTS IN PART AND DENIES IN PART appellant's second motion for extension of time to file the brief. This motion is GRANTED insofar as the Court will extend appellant's deadline to file the brief until November 4, 2014. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
5th day of September, 2014.